IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

GERSON MISAEL EUCEDA-CRUZ        §
§
     *Petitioner-Plaintiff,*        §
§
VS.        §
§      CIVIL ACTION NO. 9:26-CV-00181
BRET BRADFORD, Field Office Director,    §      JUDGE MICHAEL J. TRUNCALE
U.S. Immigration and Customs Enforcement;    §
and ALEXANDER SANCHEZ, Facility    §
Warden,        §
IAH Secure Adult Detention Facility      §
§
§
     *Respondents-Defendants.*      §

### ORDER GRANTING PETITIONER'S MOTION TO DISMISS DUPLICATIVE HABEAS PETITION

Before the Court is Petitioner's Motion to Dismiss Duplicative Habeas Petition. [Dkt. 6]. Petitioner advises the Court that he currently has two pending habeas actions pending before this Court and files the present motion seeking to dismiss this matter as duplicative. After considering the Petitioner's motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Petitioner's Motion to Dismiss Duplicative Habeas Petition [Dkt. 6] is hereby **GRANTED**.

It is further **ORDERED** that all attorney's fees and costs are to be borne by the Party incurring same, that all Court dates and deadlines are hereby **VACATED**, and that all other pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 10th day of April, 2026.**

_____
Michael J. Truncale
United States District Judge